IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DESHAWN HARDGE,<br><br>  Plaintiff,<br><br>v.<br><br>E. S. ALAMEIDA, et al. ,<br><br>  Defendants. | 1:05-CV-0718 LJO DLB P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT** |

Defendants' first request for an extension of time to file a responsive pleading to Plaintiff's First Amended Complaint was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a 15-day extension of time from the date of service of this order to file their response to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:   **May 15, 2007**          /s/ Dennis L. Beck
                                 UNITED STATES MAGISTRATE JUDGE