# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN HARDGE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>D. ADAMS, et. al.,<br><br>　　　　　Defendant. | CV F- 05-0718 LJO DLB P<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DISMISS STATE LAW CLAIMS |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis. This case proceeds on plaintiff's amended complaint filed on April 14, 2006 against defendants Adams and Ward for use of excessive force in violation of the Eighth Amendment and the California Constitution. On May 21, 2007, defendants filed a motion to dismiss plaintiff's claims for violation of the California Constitution for failure to comply with the California Tort Claims Act. On June 7, 2007, plaintiff filed a notice of non-oppositon to the dismissal of his state law claims.

　　　　Accordingly, defendants' motion to dismiss plaintiff's state law claims filed May 21, 2007 is HEREBY GRANTED. Plaintiff's state law claims are HEREBY DISMISSED and this case shall proceed only on plaintiff's Eighth Amendment claims against defendants. Defendants are ordered to respond to the amendment complaint within 20 days.

IT IS SO ORDERED.

**Dated:　January 9, 2008**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE