IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN HARDGE, | 1:05-cv-00718-OWW-DLB (PC) |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME TO COMPEL DOCUMENT PRODUCTION** |
| vs. | |
| E.S. ALAMEIDA, et al, | |
| Defendants. | |
| _____/ | |

Defendants' first request for an extension of time to compel document production was considered by this Court and, good cause appearing,

IT IS ORDERED that Defendants are permitted to file a motion to compel document production within fourteen days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **October 29, 2008**           **/s/ Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE