# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN HARDGE, | Case No.: 1:05-cv-00718 LJO DLB (PC) |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO RETURN LODGED SECOND AMENDED COMPLAINT WITHOUT FILING |
| v. | |
| D. ADAMS, et. al., | (Doc. 46) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action. This action is proceeding on Plaintiff's amended complaint filed on April 14, 2006 against defendants Adams and Ward for use of excessive force in violation of the Eighth Amendment. (Doc. 9). On April 9, 2009, Plaintiff submitted a second amended complaint, which was lodged by the Court. (Doc. 46).

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the opposing party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a).

///

In this case, a responsive pleading has been served and plaintiff had previously amended his complaint. Therefore, plaintiff may not file a second amended complaint without leave of the court or consent of the opposing parties.

Plaintiff has not sought leave to file a second amended complaint from the court and has not submitted written consent from defendants with his proposed second amended complaint. Therefore the Court of the Clerk is HEREBY DIRECTED to return the lodged second amended complaint to plaintiff by mail, without filing.

IT IS SO ORDERED.

Dated:   **April 15, 2009**            /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE